FILED

01/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0407

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0407

_____

IN THE MATTER OF:

A.M.G.,                                                    O R D E R

     A Youth in Need of Care

_____

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

Appellant is granted an extension of time to and including February 14, 2022, within which to prepare, file, and serve Appellant's opening brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 12 2022